In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00305-CR
_____

### JOHN CURTIS DEWBERRY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 68937**

---

**MEMORANDUM OPINION**

John Curtis Dewberry has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered December 5, 2012
Do not publish

Before McKeithen, C.J., Kreger and Horton, JJ.

1